# FOLEY

FOLEY & LARDNER LLP
ATTORNEYS AT LAW

ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
415.434.4484 TEL
415.434.4507 FAX
www.foley.com

WRITER'S DIRECT LINE
415.438.6449
jjulian@foley.com EMAIL

CLIENT/MATTER NUMBER
054426-0101

August 22, 2005

VIA FEDEX

The Honorable Kent A. Jordan
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 6325
Lockbox 10
Wilmington, DE 19801

> Re:    *Morreale Real Estate Services, Inc. v. Granite Software, Inc.
> et al.* (Case No. 05MC152)/ Motion to Compel Third Party
> Cendant Entities

Dear Judge Jordan:

This firm represents third parties Cendant Settlement Services Group and Cendant Corporation (the "Cendant Entities") with respect to the motion to compel filed in the above-referenced matter on July 29, 2005 (the "Motion"). However, the Cendant Entities only recently retained our services, and we did not receive the Motion papers until today. Therefore, we respectfully request that the Court order that any opposition to the Motion filed on behalf of the Cendant Entities be due on or before September 6, 2005.

Very truly yours,

Jason M. Julian

JMJ/me

cc:    Kenneth A. Aaron, Esq.
       P.O. Box 708
       824 Market Street Mall
       Suite 1001
       Wilmington, DE 19899