IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MORREALE REAL ESTATE SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 05-MC-152-KAJ |
| GRANITE SOFTWARE, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE**

Please enter the appearance of Jennifer C. Jauffret and the firm of Richards, Layton & Finger, P.A. in the above-captioned action as counsel to third parties Cendant Settlement Services Group and Cendant Corporation.

_____
Jennifer C. Jauffret (#3689)
jauffret@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, PO Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Third Parties*
Cendant Settlement Services Group and
Cendant Corporation

Dated: September 1, 2005

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2005, I electronically filed the foregoing Entry of Appearance with the Clerk of Court using CM/ECF which will send notification of such filing to the following and on September 1, 2005, hand delivered copies of the same to:

    Kenneth A. Aaron, Esquire
    824 Market Street Mall, Suite 1001
    P. O. Box 708
    Wilmington, DE  19899

    _____
    Jennifer C. Jauffret (#3689)
    Jauffret@rlf.com
    Richards, Layton & Finger
    One Rodney Square
    P. O. Box 551
    Wilmington, Delaware  19899
    (302) 651-7700
    Attorneys for Third Parties
    Cendant Settlement Services Group and
    Cendant Corporation

RLF1-2917594-1