# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

JENNIFER C. JAUFFRET
DIRECTOR

DIRECT DIAL NUMBER
302-651-7568
JAUFFRET@RLF.COM

September 6, 2005

The Honorable Kent A. Jordan
United States District Court
Federal Building
844 King Street
Wilmington, Delaware 19801

Re:  Morreale Real Estate Services, Inc. v. Granite Software, Inc., et al.
     Central District of California Case No. SA CV 04-1015-AHS (VBK)/
     Motion to Compel Third Party Cendant Entities
     District of Delaware Case No. 1:05-mc-00152-KAJ

Dear Judge Jordan:

This firm represents third parties Cendant Settlement Services Group and Cendant Corporation (the "Cendant Entities") with respect to the motion to compel filed in the above-referenced matter on July 29, 2005 (the "Motion"). The Cendant Entities have been diligently preparing a supplemental response to the subpoenas served by Morreale Real Estate Services, Inc. ("MRES") addressing all of the issues raised by the Motion. Accordingly, the Cendant Entities informed MRES on Friday, September 2, 2005 that they will send additional materials responsive to the subpoenas via overnight mail on Tuesday, September 6, 2005. The Cendant Entities believe that this supplemental response will resolve all remaining issues between the Cendant Entities and MRES.

It is anticipated that after further meet and confer regarding the supplemental production, MRES will withdraw its Motion. Therefore, the Cendant Entities respectfully submit that no further action is required by the Court in this matter.

Respectfully,

Jennifer C. Jauffret

JCB/kdm
cc:  Peter T. Dalleo, Clerk (via hand delivery)
     Kenneth E. Aaron, Esquire (via e-filing)
     Jack Smart, Esquire (via telecopy and first class mail)

RLF1-2918425-1