# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

JENNIFER C. JAUFFRET
DIRECTOR

DIRECT DIAL NUMBER
302-651-7568
JAUFFRET@RLF.COM

September 15, 2005

The Honorable Kent A. Jordan
United States District Court
Federal Building
844 King Street
Wilmington, Delaware 19801

Re:   Morreale Real Estate Services, Inc. v. Granite Software, Inc., et al.
      Central District of California Case No. SA CV 04-1015-AHS (VBK)/
      Motion to Compel Third Party Cendant Entities
      District of Delaware Case No. 1:05-mc-00152-KAJ

Dear Judge Jordan:

In response to the subpoenas in the above-captioned matter, Cendant Settlement Services Group and Cendant Corporation (the "Cendant Entities") have provided a Supplemental Production to Morreale Real Estate Services, Inc. ("MRES"). MRES has raised issues with respect to the adequacy of the Supplemental Production and currently its motion to compel is still pending. The Cendant Entities believe that direct consultation between information technology personnel at the Cendant Entities and MRES' counsel will resolve these issues. Toward that end, the Cendant Entities are conferring with MRES to arrange a conference regarding the remaining issues and will diligently seek to address any concerns. Accordingly, we respectfully request that the Court allow the parties additional time to resolve their discovery dispute without judicial intervention.

Respectfully,

Jennifer C. Jauffret

JCB/kdm
cc:   Peter T. Dalleo, Clerk (via hand delivery)
      Kenneth E. Aaron, Esquire (via e-filing)
      Jack Smart, Esquire (via telecopy and first class mail)

RLF1-2918425-1