IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOREALE REAL ESTATE SERVICES, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Misc. Case No. 05-152-KAJ |
| | ) | |
| GRANITE SOFTWARE, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At Wilmington this **7th** day of **October, 2005**,

IT IS ORDERED that a status teleconference has been scheduled for

**October 28, 2005 at 11:30 a.m.** with the undersigned. **Counsel for Plaintiff shall**

**initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are

reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE