LAW OFFICES

# WEIR & PARTNERS LLP

824 MARKET STREET MALL, SUITE 1001
PO BOX 708
WILMINGTON, DE 19899

(302) 652-8181
FAX (302) 652-8909

KENNETH E. AARON

MEMBER OF THE DELAWARE,
PENNSYLVANIA AND FLORIDA BARS

DIRECT DIAL
DELAWARE: (302) 652-8181
PENNSYLVANIA: (215) 241-7727
E-MAIL  kaaron@weirpartners.com

PENNSYLVANIA OFFICE

SUITE 500
THE WIDENER BUILDING
1339 CHESTNUT STREET
PHILADELPHIA, PA 19107

(215) 665-8181
FAX (215) 665-8464

NEW JERSEY OFFICE

215 FRIES MILL ROAD
TURNERSVILLE, NJ 08012

(856) 740-1490
FAX (856) 740-1491

October 25, 2005

**VIA FEDERAL EXPRESS**

The Honorable Kent A. Jordan
United States District Court
For the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street – Room 6325
Lockbox 10
Wilmington, DE  19801

Re:   Morreale Real Estate Services, Inc. v. Granite Software, Inc., et al.
      United States District Court for the District of Delaware
      Case No.:  05 MC 152(KAJ)

Dear Judge Jordan:

Weir & Partners LLP represents the Plaintiff, Morreale Real Estate Services, Inc. ("MRES"), in connection with the above-referenced matter. In order to assist the Court in preparing for the upcoming telephone status conference on Friday, October 28, 2005, we wish to advise Your Honor as to the status of MRES's motion to compel Cendant Corporation and Cendant Settlement Services Group (collectively, the "Cendant Entities") to comply with subpoenas *duces tecum*, and the Cendant Entities' production.

After numerous discussions among counsel, some additional productions and a review of the materials that the Cendant Entities have produced, it appears that the Cendant Entities have substantially complied with the subpoenas and that the parties are close to resolving the remaining issues – which issues the Cendant Entities have informed MRES they are actively working to resolve. MRES hopes to have conferred once more with the Cendant Entities' counsel in advance of the upcoming status

WEIR & PARTNERS LLP

Honorable Kent A. Jordan
October 25, 2005
Page 2 of 2

conference. Following that anticipated conference, MRES will specify those specific items that remain outstanding and will advise Your Honor of when it expects to receive these items during the telephone status conference in this matter, currently scheduled for October 28th at 11:30 a.m. (EST).

Respectfully submitted,

Kenneth E. Aaron, Esquire

KEA/jhn
#246768

cc:     Jennifer C. Jauffret, Esquire (Via Federal Express)
        Jason M. Julian, Esquire (Via Federal Express)
        Jack Smart, Esquire (Via Federal Express)
        Andrew J. Petrie, Esquire (Via E-Mail)
        James L. Wooll, Esquire (Via E-Mail)