IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MORREALE REAL ESTATE SERVICES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GRANITE SOFTWARE, INC., et al., )<br>)<br>Defendants. ) | Civil Action No. 05-MC-152-KAJ |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Jason M. Julian of Foley & Lardner LLP, One Maritime Plaza, Sixth Floor, San Francisco, California 94111 to represent third parties Cendant Settlement Services Group and Cendant Corporation in this matter.

Date:

/s/ _____
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Matthew W. King (#4566)
King@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Attorneys for Cendant Settlement Services
Group and Cendant Corporation.

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted on this _____ day of _____, 2005.

_____
United States District Judge

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and am admitted to practice law in all state courts of the State of California and in the Ninth Circuit Court of Appeals, the United States District Court for the Northern District of California, the United States District Court for the Central District of California, the United States District Court for the Eastern District of California, and the United States District Court for the Southern District of California and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Jason M. Julian
Foley & Lardner LLP
One Maritime Plaza, Sixth Floor
San Francisco, CA 94111-3409

Dated: 10/27/05

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2005, I electronically filed the foregoing Motion and Order for Admission Pro Hac Vice with the Clerk of Court using CM/ECF which will send notification of such filing to the following and on October 28, 2005, hand delivered copies of the same to:

Kenneth A. Aaron, Esquire
824 Market Street Mall, Suite 1001
P. O. Box 708
Wilmington, DE  19899

Matthew W. King (#4566)
King@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware  19899
(302) 651-7700
Attorneys for Third Parties
Cendant Settlement Services Group and
Cendant Corporation

RLF1-2917594-1