UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| MORREALE REAL ESTATE SERVICES, INC., an Illinois Corporation,<br><br>Plaintiff and Counterclaim Defendant<br><br>v.<br><br>GRANITE SOFTWARE, INC., a California Corporation,<br><br>Defendant and Counterclaim Plaintiff,<br><br>and<br><br>ELMER VASQUEZ, an individual,<br><br>Defendant. | Case No.: 05-MC-152-KAJ<br><br>[Case Pending in United States District Court for the Central District of California Case No. SA CV 04-1015 AHS (VBKx)] |

### STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY stipulated and agreed, on the 21st day of November, 2005, between the Plaintiff/Movant, Morreale Real Estate Services, Inc. ("MRES"), and Third-Party Respondents, Cendant Corporation and Cendant Settlement Services Group (collectively, "Cendant"), by and through their respective counsel, that all matters before this Court are settled and hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

The parties further stipulate and agree that MRES does not seek either its attorneys' fees or costs related to the subpoenas it served on Cendant or for any of MRES's efforts to obtain Cendant's compliance with those subpoenas, including, but not limited to, MRES's motion to compel.

The parties also stipulate and agree that if MRES obtains leave from the United States District Court for the Central District of California to take the deposition of Nehal Trivedi (a

Cendant employee), Cendant will produce Mr. Trivedi for a one-day deposition pursuant to Federal Rule of Civil Procedure 30(d)(2), at no cost to MRES, except for required witness fees and statutory mileage reimbursement to a mutually convenient location at or near Mr. Trivedi's ordinary place of business in New Jersey.

While Fed. R. Civ. P. 30 does not require that MRES specify the topics of this deposition, MRES intends to focus on Mr. Trivedi's knowledge of the Granite software, Cendant's use of the Granite software, Cendant's relationship with Granite, the origin and contents of the CD-ROMs and other documents that Cendant produced in response to MRES's subpoenas (including authenticating and laying the foundation for those CD-ROMS and documents), the references to MRES and MRES's business information contained on those CD-ROMS, and those other topics that Mr. Trivedi discussed during the September 23, 2005 conference call with MRES's counsel.

| RICHARDS, LAYTON & FINGER, P.A | WEIR & PARTNERS LLP |
|---|---|
| By: _____ 11/23/05<br>Jennifer C. Jauffret, Esquire<br>Jauffret@rlf.com<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700 | By: _____<br>Kenneth E. Aaron, Esquire<br>kaaron@weirpartners.com<br>P.O. Box 708<br>824 Market Street Mall<br>Suite 1001<br>Wilmington, DE 19899<br>(302) 652-8181 |
| -AND- | -AND- |
| FOLEY & LARDNER LLP<br>Jason M. Julian, Esquire<br>One Maritime Plaza, Sixth Floor<br>San Francisco, CA 94111-3409<br>(415) 434-4484 | PETRIE SCHWARTZ LLP<br>Andrew J. Petrie, Esquire<br>1775 Sherman Street<br>Suite 2500<br>Denver, CO 80203<br>(303) 226-7700 |
| *Attorneys for Cendant Settlement Services Group and Cendant Corporation* | *Attorneys for Morreale Real Estate Services, Inc.* |